CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Gerson Anibal Juarez-Suchite**<br>YOB: 1999; Citizen of Guatemala | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.   24-01415MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1: On or about January 18, 2024, at or near Nogales, in the District of Arizona, **Gerson Anibal Juarez-Suchite**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on September 13, 2023, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

Count 2: On or about January 18, 2024, at or near Nogales, in District of Arizona, **Gerson Anibal Juarez-Suchite**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Gerson Anibal Juarez-Suchite** is a citizen of Guatemala. On September 13, 2023, **Gerson Anibal Juarez-Suchite** was lawfully denied admission, excluded, deported and removed from the United States through Phoenix, Arizona. On January 18, 2024, agents found **Gerson Anibal Juarez-Suchite** in the United States at or near Nogales, Arizona without the proper immigration documents. **Gerson Anibal Juarez-Suchite** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Gerson Anibal Juarez-Suchite** admitted to illegally entering the United States of America from Mexico on or about January 18, 2024, at or near Nogales, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Andrew J. Carpenter<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 22, 2024 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Hopkins